# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, <br>                       PLAINTIFF <br><br> v. <br><br> JUSTIN JANGWOO KIM, <br><br>                       DEFENDANT(S) | CASE NUMBER <br><br> 2:20-CR-00154-CJC <br><br> **NOTICE TO COURT OF RELATED CRIMINAL CASE** <br><br> (PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Englander</u>, Case No. CR 20-35-JFW, which:

    __x__    was previously assigned to the Honorable John F. Walter;

    _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __x__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    __x__    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):
Specifically, this case stems from the same underlying federal wiretap investigation and relevant City officials are subjects and/or likely witnesses in both.

Dated: March 19, 2020

                                                                 VERONICA DRAGALIN
                                                                 Assistant United States Attorney