# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:20-cr-00154 CJC |
| v. | |
| Justin Jangwoo Kim | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Criminal Cases)** |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

| March 26, 2020 | John F. Walter |
|---|---|
| Date | United States District Judge |

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

_____

_____

_____

| _____ | _____ |
|---|---|
| Date | United States District Judge |

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2:20-cr-00035 JFW   and the present case:

☒ A.  Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☒ B.  Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials ___JFW___ after the case number in place of the initials of the prior judge, so that the case number will read   2:20-cr-00154 JFW   . This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ PSALA   ☐ PSAED   ☐ USMLA   ☐ USMSA   ☐ USMED   ☐ Previous Judge   ☐ Statistics Clerk

CR-59 (03/19)                    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Criminal Cases)