UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES</u>

Case No.    **CR 20-154-JFW**                                    Dated: June 1, 2020

=======================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Jenkins |
|---|---|---|
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Asst. U.S. Attorney |
| | | Not Present |

=======================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 1)   Justin Jangwoo Kim | 1)   David Vaughn |
| Not Present | Not Present |

_____

**PROCEEDINGS (IN CHAMBERS):       ORDER RE: CHANGE OF PLEA HEARING FOR
                                   DEFENDANT JUSTIN JANGWOO KIM**


The change of plea hearing for Defendant Justin Jangwoo Kim will proceed by video on June 3, 2020 at 8:00 a.m.

Any accredited member of the media requesting access to this hearing shall complete the Hearing Access Request Form available on the District Court's website at:

https://www.cacd.uscourts.gov/hearing-access-request-form.


IT IS SO ORDERED.

Initials of Deputy Clerk  _sr_