NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091
    Facsimile: (213) 894-2927
    Email:    mack.jenkins@usdoj.gov
              veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-154-JFW |
| Plaintiff, | STIPULATED REQUEST FOR FINDINGS OF FACT PURSUANT TO THE CARES ACT |
| v. | |
| JUSTIN JANGWOO KIM, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins and Veronica Dragalin, and defendant JUSTIN JANGWOO KIM ("defendant"), by and through his counsel of record, David Vaughn, hereby jointly apply for an order setting forth the Court's findings of fact in support of a determination that the guilty-plea hearing in this case may proceed by video teleconference under § 15002(b) of the CARES Act. Defendant

1

and his counsel have discussed proceeding with the guilty-plea hearing via video teleconference, and defendant has confirmed his assent to this process.

This stipulation is based on the files and records in this case, as well as the concurrently filed proposed findings.

Dated: May 29, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*/s/ Veronica Dragalin*
VERONICA DRAGALIN
MACK E. JENKINS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: ~~May 29, 2020~~ June 1, 2020

*/s/ David Vaughn*
DAVID VAUGHN
Attorney for Defendant
JUSTIN JANGWOO KIM

2