UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.  **CR 20-154-JFW**                                              Dated: June 3, 2020
===============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Jenkins |
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Asst. U.S. Attorney |
| | Interpreter: None | present |

===============================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)    Justin Jangwoo Kim                    1)    David Vaughn
      present on bond                              present - retained

**PROCEEDINGS:   CHANGE OF PLEA AND SETTING OF SENTENCING DATE**

Case called, and counsel make their appearance.  Defendant is sworn.

Plea agreement filed on March 19, 2020 is incorporated and made part of the proceeding. Waiver of Indictment filed March 31, 2020.

Defendant withdraws his previously entered plea of not guilty and enters a plea of Guilty to the Single-Count Information filed on March 19, 2020.

The Court questions the defendant regarding the plea of Guilty and finds a factual and legal basis for the plea.  The Court finds that the defendant, Justin Jangwoo Kim, has entered his plea freely and voluntarily with a full understanding of the charges against him and the consequences of his plea.  The Court finds that defendant understands his constitutional and statutory rights and wishes to waive them.  Accordingly, the plea is accepted and entered.

The Court refers the defendant to the Probation Office for the preparation of a pre-sentence report and continues the matter to **August 17, 2020, at 8:00 am**, for sentencing.  **The Jury Trial on September 15, 2020 is hereby vacated.**

**CC:**    USPO, USM

*Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt.  Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy.  Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing.  Failure to meet these deadlines is grounds for sanctions.*

Initials of Deputy Clerk  sr
0/45