**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-154-JFW |
|---|---|
| Plaintiff, | <u>ORDER CONTINUING SENTENCING HEARING</u> [29] |
| v. | |
| JUSTIN JANGWOO KIM, | **SENTENCING DATE:**<br>09/13/2021 at 8:00 a.m. |
| Defendant. | |

The Court has read and considered the Stipulation to Continue the Sentencing Hearing for defendant JUSTIN JANGWOO KIM, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the sentencing hearing this matter, and provides good cause for continuing the sentencing hearing, as requested by the parties.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing hearing date for defendant KIM in this matter is

//

//

//

1  continued from February 22, 2021 to September 13, 2021 at 8:00 a.m.
2  Sentencing papers shall be filed on or before August 23, 2021.
3       IT IS SO ORDERED.

5   December 10, 2020                    _____
    DATE                                 HONORABLE JOHN F. WALTER
6                                        UNITED STATES DISTRICT JUDGE

2