TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091
     Facsimile: (213) 894-2927
     Email:    mack.jenkins@usdoj.gov
               veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN JANGWOO KIM, <br><br> Defendant. | No. CR 20-154-JFW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING <br><br> **CURRENT SENTENCING DATE:** <br>     09/13/2021 at 8:00 a.m. <br><br> **PROPOSED SENTENCING DATE:** <br>     09/19/2022 at 8:00 a.m. |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins and Veronica Dragalin, and defendant JUSTIN JANGWOO KIM, both individually and by and through his counsel of record, hereby stipulate as follows:

    1.   On June 3, 2020, defendant KIM appeared at a change of plea hearing and pleaded guilty to Count One of the Information, pursuant to a cooperation plea agreement in which defendant KIM agreed to

testify at future hearings or trials as requested by the government. The Court accepted defendant KIM's guilty plea and set the sentencing hearing for August 17, 2020 at 8:00 a.m.  At the parties' request, the Court subsequently continued the sentencing hearing to September 13, 2021.

2. On July 30, 2020, the grand jury returned an indictment in <u>United States v. Jose Huizar</u>, Case Number 2:20-MJ-326-JFW, charging Huizar with 34 counts for violations involving various bribery schemes.

3. On November 12, 2020, the grand jury returned a first superseding indictment in <u>United States v. Huizar, et al.</u>, Case Number 2:20-CR-326(A)-JFW, charging six defendants in 41 counts for violations involving various bribery schemes.  On May 13, 2021, trial in the <u>Huizar, et al.</u> case was scheduled to begin on May 24, 2022, and the government's case-in-chief is estimated to last approximately 25-30 trial days.  The government expects to call defendant KIM to testify at this trial.

4. Therefore, in the interest of justice, the parties request to continue the sentencing hearing to allow defendant KIM to testify at trial, if required, before the sentencing hearing.  By so doing, this will provide the Court the full vantage of defendant KIM's cooperation at sentencing and provide defendant KIM the opportunity to obtain the full benefit of his cooperation.

5. Given the complexity and magnitude of the case and trial currently scheduled to commence on May 24, 2022, the parties request a continuance of the sentencing hearing.

6. The parties respectfully request that the sentencing hearing be continued from September 13, 2021 at 8:00 a.m. to September 19, 2022 at 8:00 a.m.

IT IS SO STIPULATED.

Dated: June 11, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____
MACK E. JENKINS
VERONICA DRAGALIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: June 11, 2021

_____
DAVID VAUGHN
Attorney for Defendant
JUSTIN JANGWOO KIM