DAVID VAUGHN (CA SBN 132689)
LAW OFFICES OF DAVID VAUGHN
350 South Grand Avenue, Suite 3550
Los Angeles, CA  90071
Telephone:  (213) 973-9175
Facsimile:   (213) 687-2651
Email:  DavidVaughn@VaughnLawOffices.com

Attorney for Defendant
JUSTIN JANGWOO KIM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN JANGWOO KIM, <br><br> Defendant. | CASE NO. CR 20-154-JFW <br><br> **NOTICE OF MOTION & UNOPPOSED MOTION TO BE RELIEVED AS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES** <br><br> [Filed concurrently with Declaration of Justin Jangwoo Kim; Declaration of David Vaughn; and [Proposed] Order] <br><br> [Filed concurrently with Unopposed Ex Parte Application to Shorten Time For Hearing on Defendant's Unopposed Motion to Be Relieved as Counsel] <br><br> Date:        May 25, 2022 <br> Time:        8:00 a.m. <br> Courtroom:   7A |

TO PLAINTIFF, UNITED STATES OF AMERICA, AND ITS ATTORNEY-OF-RECORD, THE UNITED STATES ATTORNEY, PLEASE TAKE NOTICE THAT,

Pursuant to Local Criminal Rule 44-1, undersigned counsel – at the request of defendant Justin Jangwoo Kim and with no opposition from the United States –

1

respectfully moves to be relieved as attorney-of-record for defendant Kim. Defendant Kim further requests appointment of Criminal Justice Act (CJA) counsel. Written notice of the intent to file this motion has been given to defendant and counsel for plaintiff. The defendant will not be prejudiced because he has already pleaded guilty, and his sentencing is not scheduled to occur until September 19, 2022. In addition to the records of this case, this motion is based on the following memorandum of points and authorities, the declarations of David P. Vaughn and Justin Jangwoo Kim, and any matters or additional information presented at any hearing on this motion.

Dated: April 28, 2022                              Respectfully submitted,

                                                   LAW OFFICES OF DAVID VAUGHN

                                                   By: /s/ David Vaughn
                                                   David Vaughn
                                                   Attorney for Defendant
                                                   Justin Jangwoo Kim

## MEMORANDUM OF POINTS AND AUTHORITIES

On June 3, 2020, defendant Kim appeared at a change of plea hearing and pleaded guilty to Count One of the Information, pursuant to a cooperation plea agreement in which defendant Kim agreed to testify at future hearings or trials as requested by the government. The Court accepted defendant Kim's guilty plea. Pursuant to defendant Kim's plea agreement, the government has subpoenaed defendant Kim to testify on June 14, 2022, in United States of America v. Dae Yong Lee and 940 Hill, LLC, Case Number 2:20-CR-326(A)-JFW-5, 6. The government has informed the court that it also expects to call defendant Kim to testify in United States of America v. Jose Huizar, et al., Case Number 2:20-CR-326(A)-JFW (Stipulation to Continue Sentencing, filed June 11, 2021). Defendant Kim's sentencing is presently scheduled to occur on September 19, 2022.

Pursuant to Rule 44-1 of the Local Criminal Rules of the Central District of California ("L.Cr.R."), counsel for defendant Justin Jangwoo Kim respectfully seeks to be relieved as attorney-of-record.[1] This motion is based on the following grounds:

1.  Good cause exists for the withdrawal (Rule 1.16(b)(10), California Rules of Professional Conduct ("CRPC");
2.  The defendant has discharged the undersigned counsel (Rule 1.16(a)(4), CRPC) (Kim Declaration, attached, at page 2; Vaughn Declaration, attached, at page 2);
3.  The defendant knowingly and freely requests that the court relieve the undersigned counsel and appoint a CJA attorney to represent him (Kim

---

[1] Rule 44-1 states, "An attorney, whether appointed or retained, may not withdraw as counsel except by leave of court. A motion for leave to withdraw must be made upon written notice given reasonably in advance to the client and to all other parties who have appeared in the action. The motion for leave to withdraw must be supported by good cause. Failure of the client to pay agreed compensation is not necessarily sufficient to establish good cause."

Declaration, attached, at page 2; Vaughn Declaration, attached, at page 2) (Rule 1.16(b)(6), CRPC);

4. The defendant has breached a material term of an agreement with, or obligation, to the undersigned counsel relating to the representation, and the undersigned counsel has given the defendant a reasonable warning after the breach that the lawyer will withdraw unless the client fulfills the agreement or performs the obligation (Vaughn Declaration, attached, at page 2[2]) (Rule 1.16(b)(5), CRPC);

5. The defendant will not be prejudiced because he has already pleaded guilty and his sentencing is not scheduled to occur until September 19, 2022; and

6. The differences between the defendant and the undersigned counsel cannot be reconciled.

LAW OFFICES OF DAVID VAUGHN

Dated: April 28, 2022          By: /s/ David Vaughn
                               David Vaughn
                               Attorney for Defendant
                               JUSTIN JANGWOO KIM

---

[2] Counsel is prohibited from providing specific information. "In attempting to demonstrate to the Court her need to withdraw, an attorney may not disclose confidential communications, either in open court or *in camera*." Formal Opinion 2015-192, The State Bar of California Standing Committee on Professional Responsibility and Conduct.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 350 South Grand Avenue, Suite 3550, Los Angeles, California, 90071.

On April 28, 2022, I served a true copy of the following:

**NOTICE OF MOTION & UNOPPOSED MOTION TO BE RELIEVED AS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES**

All parties are electronically served per the ECF service list

☒   By PACER CM/ECF

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 28, 2022, at Los Angeles, California.

_/ s /_
Anel Romero-Fanter

NOTICE OF MOTION AND UNOPPOSED MOTION TO BE RELIEVED AS COUNSEL

| | |
|---|---|
| 1 | Mack E. Jenkins |
| 2 | Veronica Dragalin |
| | Cassie D. Palmer |
| 3 | 1500 United States Courthouse, 312 N. Spring Street |
| 4 | Los Angeles, CA  90012 |
| | Telephone: (213) 894-2091/0647 |
| 5 | Email:       Mack.Jenkins@usdoj.gov |
| 6 |              Veronica.ragalin@usdoj.gov |
| |             Cassie.Palmer@usdoj.gov |

6
NOTICE OF MOTION AND UNOPPOSED MOTION TO BE RELIEVED AS COUNSEL