DAVID VAUGHN (CA SBN 132689)
LAW OFFICES OF DAVID VAUGHN
350 South Grand Avenue, Suite 3550
Los Angeles, CA 90071
Telephone: (213) 973-9175
Facsimile: (213) 687-2651
Email: DavidVaughn@VaughnLawOffices.com

Attorney for Defendant
JUSTIN JANGWOO KIM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-154-JFW |
| Plaintiff, | **DECLARATION OF DAVID P. VAUGHN IN SUPPORT OF NOTICE OF MOTION & UNOPPOSED MOTION TO BE RELIEVED AS COUNSEL** |
| v. | |
| JUSTIN JANGWOO KIM, | |
| Defendant. | |

I, David P. Vaughn, hereby declare:

1. I am an attorney licensed to practice in the State of California and a member in good standing of the California State Bar and the Bar of this Court.

2. I could and would competently testify to the information in this declaration, which is either personally known to me or, if set forth on information and belief, believed by me to be true.

3. I am the attorney-of-record for defendant Justin Jangwoo Kim in Case No. CR 20-154-JFW. This declaration is filed in support of defendant's Unopposed Motion to Be Relieved as Counsel.

4. I believe in good faith that this motion is supported by good cause.

1

5. The defendant has discharged me from representing him.

6. The defendant knowingly and freely requests that the court relieve me and appoint a CJA attorney to represent him.

7. The defendant has breached a material term of an agreement with, or obligation, to me relating to the representation, and I have given the defendant a reasonable warning after the breach that I will withdraw unless he fulfilled the agreement or performs the obligation.

8. Granting this motion will not prejudice the defendant as he has already pleaded guilty, and his sentencing is not scheduled to occur until September 19, 2022.

9. The differences between the defendant and me cannot be reconciled.

10. I have provided oral and written notice of this motion to defendant Kim, who in his declaration that accompanies this motion states that he wants the court to grant this motion.

11. I have provided oral and written notice of this motion to the assigned Assistant United States Attorney, and they do not oppose this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 28, 2022, at Los Angeles, California.

*David Vaughn*

David P. Vaughn

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 350 South Grand Avenue, Suite 3550, Los Angeles, California, 90071.

On April 28, 2022, I served a true copy of the following:

**DECLARATION OF DAVID P. VAUGHN IN SUPPORT OF NOTICE OF MOTION & UNOPPOSED MOTION TO BE RELIEVED AS COUNSEL**

All parties are electronically served per the ECF service list

☒   By PACER CM/ECF

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 28, 2022, at Los Angeles, California.

/ s /
Anel Romero-Fanter

Mack E. Jenkins
Veronica Dragalin
Cassie D. Palmer
1500 United States Courthouse, 312 N. Spring Street
Los Angeles, CA  90012
Telephone: (213) 894-2091/0647
Email:       Mack.Jenkins@usdoj.gov
             Veronica.ragalin@usdoj.gov
             Cassie.Palmer@usdoj.gov

4

DECLARATION OF DAVID VAUGHN IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL