DAVID VAUGHN (CA SBN 132689)
LAW OFFICES OF DAVID VAUGHN
350 South Grand Avenue, Suite 3550
Los Angeles, CA 90071
Telephone: (213) 973-9175
Facsimile: (213) 687-2651
Email: DavidVaughn@VaughnLawOffices.com

Attorney for Defendant
JUSTIN JANGWOO KIM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-154-JFW |
| Plaintiff, | **DECLARATION OF JUSTIN JANGWOO KIM IN SUPPORT OF NOTICE OF MOTION & UNOPPOSED MOTION TO BE RELIEVED AS COUNSEL** |
| v. | |
| JUSTIN JANGWOO KIM, | |
| Defendant. | |

I, Justin Jangwoo Kim, hereby declare:

1.  I am the defendant in United States v. Justin Jangwoo Kim, Case No. CR 20-154-JFW.

2.  I could and would competently testify to the information in this declaration, which is either personally known to me or, if set forth on information and belief, believed by me to be true.

3.  This declaration is filed in support of defendant's Unopposed Motion to Be Relieved as Counsel.

4.  I want the court to grant this motion.

5.  I believe in good faith that this motion is supported by good cause.

1

1      6.     I have discharged my attorney-of-record, David Vaughn, from

2   representing me.

3      7.     I knowingly and freely request that the court relieve Mr. Vaughn and

4   appoint a CJA attorney to represent me.

5      8.     I do not believe that granting my request to relieve Mr. Vaughn will

6   prejudice me.

7      9.     The differences between Mr. Vaughn and me cannot be reconciled.

8           I declare under penalty of perjury under the laws of the United States that the

9   foregoing is true and correct. Executed on April 27, 2022, at Los Angeles, California.

10

11                                              Justin Jangwoo Kim

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is: 350 South Grand Avenue, Suite 3550, Los Angeles, California, 90071.

On April 28, 2022, I served a true copy of the following:

**DECLARATION OF JUSTIN JANGWOOD KIM IN SUPPORT OF NOTICE OF MOTION & UNOPPOSED MOTION TO BE RELIEVED AS COUNSEL**

All parties are electronically served per the ECF service list

☒    By PACER CM/ECF

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on April 28, 2022, at Los Angeles, California.

_____/ s /_____
Anel Romero-Fanter

Mack E. Jenkins
Veronica Dragalin
Cassie D. Palmer
1500 United States Courthouse, 312 N. Spring Street
Los Angeles, CA  90012
Telephone: (213) 894-2091/0647
Email:       Mack.Jenkins@usdoj.gov
                Veronica.ragalin@usdoj.gov
                Cassie.Palmer@usdoj.gov

DECLARATION OF JUSTIN JANGWOO KIM IN SUPPORT OF NOTICE OF MOTION TO BE RELIEVED