Name & Address: David Vaughn (CA SBN 132689)
LAW OFFICES OF DAVID VAUGHN
350 S. Grand Avenue, Suite 3550
Los Angeles, CA 90071
Telephone (213) 973-9175 Facsimile (213) 687-2651
Email: DavidVaughn@VaughnLawOffices.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 20-154-JFW |
| v. | |
| JUSTIN JANGWOO KIM | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed [ ] ~~Lodged~~: **(List Documents)**

UNOPPOSED EX PARTE APPLICATION FOR APPOINTMENT OF CJA COUNSEL FOR DEFENDANT KIM; DECLARATION OF DAVID P. VAUGHN; DECLARATION OF JUSTIN KIM; PERSONAL FINANCIAL STATEMENT OF JUSTIN KIM

**Reason:**

[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

| May 6, 2022 | David Vaughn |
|---|---|
| Date | Attorney Name |
| | Justin Jangwoo Kim |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)      **NOTICE OF MANUAL FILING OR LODGING**