E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-154-JFW |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| JUSTIN JANGWOO KIM, | **CURRENT SENTENCING DATE:** 10/13/2023 at 8:00 a.m. |
| Defendant. | **PROPOSED SENTENCING DATE:** 06/21/2024 at 8:00 a.m. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, and Susan S. Har, and defendant JUSTIN JANGWOO KIM, by and through his counsel of record, hereby stipulate as follows:

    1.   On June 3, 2020, defendant KIM appeared at a change of plea hearing and pleaded guilty to Count One of the Information, pursuant to a cooperation plea agreement in which defendant KIM agreed to

testify at future hearings or trials as requested by the government. The Court accepted defendant KIM's guilty plea and set the sentencing hearing for August 17, 2020 at 8:00 a.m.  At the parties' requests, the Court has subsequently continued defendant KIM's sentencing hearing to October 13, 2023.

2.   On November 12, 2020, the grand jury returned a first superseding indictment in United States v. Huizar, et al., Case Number 2:20-CR-326(A)-JFW, charging six defendants in 41 counts for violations involving various bribery schemes.  On March 7, 2022, the Court severed the trials for defendants, and subsequently set trial dates for June 14, 2022 (for defendants DAE YONG LEE and 940 HILL, LLC ("940 HILL")), October 18, 2022 (for defendant SHEN ZHEN NEW WORLD I, LLC), and February 21, 2023 (for defendants RAYMOND CHAN and JOSÉ HUIZAR).  Defendant HUIZAR subsequently pleaded guilty. Following a mistrial in defendant CHAN's trial and the later substitution of new counsel due to defense counsel's illness, the Court continued defendant CHAN's trial to March 12, 2024.

3.   Defendant KIM testified at the first trial in this matter against defendants LEE and 940 HILL.  While defendant KIM has previously been included on the government's witness list for defendant CHAN's trial, the government currently does not anticipate calling defendant KIM in its case-in-chief at defendant CHAN's retrial.  That said, the government reserves the option to do so, either in its case-in-chief or in rebuttal, if necessary.  Therefore, in the interests of justice, the parties request that the Court continue defendant KIM's sentencing hearing to allow him to testify at defendant CHAN's retrial (if needed), which will provide the Court with the full vantage of defendant KIM's cooperation and provide

defendant KIM the opportunity to obtain the full benefit of his cooperation before his sentencing.

4. In addition, the sentencing hearing for defendant HUIZAR, the leader of the pay-to-play scheme, is scheduled for December 15, 2023. The government prefers that the Court sentence all cooperating defendants in this matter after defendant HUIZAR is sentenced and after defendant CHAN's trial.

5. For these reasons, the parties respectfully request that the Court continue the sentencing hearing from October 13, 2023 to June 21, 2024 at 8:00 a.m.

IT IS SO STIPULATED.

Dated: August 22, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

*Cassie D. Palmer*
_____
CASSIE D. PALMER
MACK E. JENKINS
SUSAN S. HAR
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: August 23, 2023

 /s/ via e-mail authorization
_____
DAVID VAUGHN
Attorney for Defendant
JUSTIN JANGWOO KIM

3