E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:20-154-JFW |
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL UNREDACTED SENTENCING POSITION OF JUSTIN DEFENDANT JUSTIN JANGWOO KIM |
| v. | |
| JUSTIN JANGWOO KIM, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files the Government's Unopposed Ex Parte Application for Leave to File Under Seal the Government's Sentencing Position as to Defendant Justin Jangwoo Kim.

//

This ex parte application is based upon the attached declaration of Cassie D Palmer.

Dated: June 20, 2024                Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

*/s/ Cassie D. Palmer*

CASSIE D. PALMER
MACK E. JENKINS
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF CASSIE D. PALMER**

I, Cassie D. Palmer, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. The government will be filings its sentencing position as to defendant JUSTIN JANGWOO KIM, which includes information relating to defendant's cooperation with the government and sensitive information relating to defendant's background, mental health conditions, financial condition, and his and his family members' medical conditions, among other sensitive and private information. The government will file a public version of the sentencing position redacting the sensitive information.

3. I talked by telephone to defendant's counsel of record, David Vaughn, regarding his position on the government's sealing application, and he responded that he does not oppose the government's application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 20, 2024.

_____
CASSIE D. PALMER

1